# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **Lonny Bristow,** | : | |
| **Plaintiff,** | : | |
| v. | : | Case No. 2:12-cv-45 |
| **Judge Robert D. Nichols,** | : | **JUDGE GREGORY L. FROST** |
| | | **Magistrate Judge Kemp** |
| **Defendant.** | : | |

## ORDER

This case is before the Court to consider a Report and Recommendation issued by the Magistrate Judge on March 26, 2012.  No objections have been filed to the Report and Recommendation.  Therefore, the Court **ADOPTS** the Report and Recommendation.  This case is **DISMISSED** for failure to state a claim upon which relief may be granted.  The Clerk shall mail a copy of the complaint, the Report and Recommendation, and this dismissal order to the defendant.

**IT IS SO ORDERED.**

/s/ Gregory L. Frost
**GREGORY L. FROST**
**UNITED STATES DISTRICT JUDGE**